IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| BROOKS TERRELL | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-413 |
| WARDEN, USP BEAUMONT | § | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Brooks Terrell, an inmate formerly confined at USP Florence, proceeding *pro se* and *in forma pauperis*, filed what appears to be a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends denying Petitioner's Motion for Preliminary Injunction/Temporary Restraining Order [Dkt. 18].

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is ADOPTED.

**SIGNED this 16th day of August, 2026.**

Michael J. Truncale
United States District Judge

[1] A copy of the Report and Recommendation was returned with the notation "Return to Sender, Attempted Not Known - Unable to Forward." [Dkt. 19].